IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

        v.        CRIMINAL NO. 2:18cr22

TARON DEVELLE WALKER,

        Defendant.

## MOTION TO WITHDRAW

Comes now defendant's counsel, Chad G. Dorsk, Esquire and moves this Honorable Court for leave to withdraw as defendant's counsel in the above captioned case. In support of this motion, counsel submits the below memorandum.

## PROCEDURAL HISTORY

On February 8, 2018 the defendant was indicted by the Grand Jury in the Eastern District of Virginia on Conspiracy, Distribution of Controlled Substances, Possession of a Firearm in Furtherance of Drug Trafficking and Convicted Felon in Possession of Firearm and Ammunition. He was arrested on February 16, 2018 and on February 20, 2018 was appointed attorney Lindsey McCaslin from the office of the Federal Public Defender. On March 23, 2018, by agreement of all the parties, Lindsey McCaslin moved to withdraw as counsel because Chad Dorsk had been retained on behalf of the defendant. On March 26, 2018 an order was entered which granted the motion to substitute counsel. Thereafter the defendant pleaded guilty in front Magistrate Judge Lawrence Leonard and currently awaits sentencing on July 27, 2018 before Chief District Judge Rebecca Beach Smith.

On July 26, 2018 the defendant declared to counsel that he was being discharged and directed him to file a motion to withdraw for ineffective assistance of counsel.

## LAW AND ARGUMENT

Counsel is mindful of the obligations of counsel and will, of course, continue to represent the defendant to the best of his ability unless relieved by this Honorable Court. Even though communication between the defendant and counsel appear to be tense, counsel would have no issues with continuing to represent the defendant up and until sentencing. Never the less, the defendant has demanded that counsel be discharged which necessitates this motion to withdraw.

Counsel's opinion in this regard is based on his reading and application of the Rules of Professional Conduct to the circumstances of this particular case. There are three (3) factors this Court must consider when determining whether to grant counsel's motion to withdraw: (1) The timeliness of the motion, (2) The Court must engage in an "adequate inquiry" into the defendant's complaint, and (3) Whether the attorney/client conflict is so great as to result in a total lack of communication preventing an adequate defense. See. United States v. Mullen, 32 F. 3rd 891, 895 (4th Circuit 1994).

The sentencing date is scheduled for July 27, 2018 and counsel believes that if the Court grants this motion the defendant would not be prepared to go forward on that date unaided. Although the relationship and communication between the defendant and counsel were initially satisfactory, upon learning of the defendant's belief that counsel is ineffective it appears there may be no recourse other than to appoint new counsel. In addition, based on extensive communications with the defendant and the many hours

spent in trying to work with him, it has appeared over the last month that the defendant has become distrustful of counsel.

Over the past several weeks, defendant has oscillated between whether to retain or discharge counsel and it has been difficult though not impossible to represent him. In evaluating the breach between defendant and counsel, the Court is advised that only defendant believes the relationship is irreparable, which may be enough to consider the relationship unsalvageable. For all these reasons, counsel believes that the attorney/client conflict in this case may be so great as to result in a total lack of communication preventing adequate representation. For these reasons, counsel respectfully moves this Honorable Court for leave to withdraw. Please note, counsel for the United States does concur with this motion.

Respectfully submitted,

By: _____/S/_____
    Chad G. Dorsk, Esquire
    VSB # 74499
    Counsel for Taron Walker
    Dorsk Law Office, Plc.
    409 Duke Street, Unit 100
    Norfolk, VA 23510
    Telephone:(757) 423-0271
    Facsimile: (757) 423-0272
    Email: cdorsk@gmail.com

**CERTIFICATE OF SERVI CE**

I hereby certify that on the 16[st] of July, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send a notification of such filing (NEF) to the following:

Kevin Comstock
William Jackson
United States Attorney's Office
101 Main Street
Suite 8000
Norfolk, VA 23510
Telephone: (757) 441-6331
Facsimile: (757) 441-6689