# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | | |
|---|---|---|
| TARON DEVELLE WALKER, | * | |
| Petitioner, | * | Civil No.: 2:19cv457 |
| v. | * | Criminal No.: 2:18cr22 |
| UNITED STATES OF AMERICA | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO FILE UNDER SEAL

Taron Walker, through his attorneys, C. Justin Brown (Brown Law) and George Gorman (Weisberg & Weisberg), hereby moves this Honorable Court for an Order, pursuant to Local Rule 49(D), granting leave to file UNDER SEAL the proposed sealed document, filed with the Clerk on this same date. In support of this Motion, undersigned counsel attaches Petitioner's non-confidential memorandum.

**WHEREFORE**, Petitioner respectfully requests that this Honorable Court GRANT this Motion and file the proposed document UNDER SEAL.

Respectfully Submitted,

*/s/    George Gorman*
George Gorman
Virginia State Bar No. 89200
Weisberg & Weisberg, PLLC
744 Thimble Shoals Blvd., Suite B
Newport News, VA 23606
Telephone: (757) 223-4130
Fax: (757) 310-6926
george@weisbergattorneys.com

*/s/     C. Justin Brown*
C. Justin Brown (admitted *pro hac vice*)
Maryland State Bar No. 28110
Brown Law
1 N. Charles St., Suite 1301
Baltimore, Maryland 21201
Telephone: (410) 244-5444
Fax: (410) 934-3208
Brown@cjbrownlaw.com

*Attorneys for Petitioner*

# CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2019, a copy of this Motion to seal was served on all parties entitled to service via CM/ECF.

*/s/     George Gorman*
George Gorman