IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:18cr22

TARON DEVELLE WALKER

TO: The Honorable Fernando Galindo
Clerk, United States District Court,
and
All parties of record.

## NOTICE OF APPEARANCE OF COUNSEL

COME NOW the undersigned counsel, Andrew M. Sacks, by the law firm of Sacks & Sacks, P.C., and respectfully requests this Honorable Court to enter his appearance as counsel to defendant Taron Walker in connection with the above-styled matter.

The undersigned counsel certifies that he is admitted to practice in this Court.

February 25, 2021    /s/
Date                 Andrew M. Sacks, Esquire
                     VSB#: 20082
                     SACKS & SACKS, P.C.
                     Town Point Center
                     150 Boush Street, Suite 505
                     Norfolk, VA 23510
                     Telephone: (757) 623-2753
                     Facsimile: (757) 274-0148
                     E-mail: andrewsacks@lawfirmofsacksandsacks.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2021 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

Kevin M. Comstock, Esquire          and    William B. Jackson, Esquire
Assistant United States Attorney            Assistant United States Attorney

Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Telephone: (757) 441-6331
Facsimile: 441-6689
Email: Kevin.Comstock@usdoj.gov

Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Telephone: (757) 441-6331
Facsimile: 441-6689
Email: William.Jackson3@usdoj.gov



/s/
Andrew M. Sacks, Esquire

Andrew M. Sacks, Esquire, VSB#: 20082
Attorney for defendant Taron Walker
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 505
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

F:\JC\WALKER Taron\RULE 35 2020\NoticeAppearance2 25 2021.doc