IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. <u>2:18cr22</u>

TARON DEVELLE WALKER

### DEFENDANT TARON WALKER'S JOINT MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW Andrew M. Sacks, Esquire, and the law firm of Sacks & Sacks, for the defendant, TaRon Walker, and respectfully moves the Court for leave to withdraw as counsel of record for the defendant.

In support of his motion, counsel for the defendant represents to the Court that, due to a potential conflict with our firm, Mr. Walker has retained Brain M. Latuga to represent him in the above pending matter. Thus, the defendant also moves for substitution of counsel, and specifically that Mr. Brian M. Latuga be noted as his counsel of record in this matter.  The United States does not object to this motion.

WHEREFORE, the undersigned counsel respectfully requests that Andrew M. Sacks, Esquire and the law firm of Sacks & Sacks be granted leave to withdraw as Mr. Walker's counsel, and that Brian M. Latuga be substituted as counsel of record for Mr. Walker.

                              _____/s/_____
                              Andrew M. Sacks, Esquire

Andrew M. Sacks, Esquire, VSB#: 20082
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 505
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

                                                /s/
                                  Brian M. Latuga, Esquire

Brian M. Latuga Esquire, VSB #86300
Wolcott Rivers Gates
200 Bendix Road, Suite 300
Virginia Beach, VA 23452
Telephone: 757-497-6633
Facsimile: 757-497-7267
E-mail:  blatuga@wolriv.com

### CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of August, 2021, I e-mailed true and correct copy of the foregoing Motion to:

      Kevin M. Comstock, Esquire
      Assistant United States Attorney
      Office of the United States Attorney
      101 West Main Street, Suite 8000
      Norfolk, VA 23510
      Phone: 757- 441-6331
      Facsimile: 757-441-6689
      Email: Kevin.Comstock@usdoj.gov

                                  *Andrew M. Sack*
                                Andrew M. Sacks, Esquire

Andrew M. Sacks, Esquire, VSB#: 20082
Attorney for defendant TaRon Walker
SACKS & SACKS, P.C.
Town Point Center
150 Boush Street, Suite 505
Norfolk, VA 23510
Telephone: (757) 623-2753
Facsimile: (757) 274-0148
E-mail: andrewsacks@lawfirmofsacksandsacks.com

F:\IC\WALKER TaRon\RULE 35 2020\MOTSubstituteCounsel8 19 2021.doc