Taron D. Walker #91952-083
McKean FCI
P.O. Box 8000
Bradford, PA 16701
Appellant/Defendant - Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| TARON D. WALKER, | Case No. |
| --- | --- |
| Appellant/Defendant, | 2:18-CR-22 |
| vs. | |
| UNITED STATES OF AMERICA, | DEFENDANT'S NOTICE OF APPEAL |
| Appellee/Plaintiff. | |
| | Rule 4, F.R.A.P. |

Appellant/Defendant Taron D. Walker, pro se, hereby submits to this Honorable Court under Rule 4, F.R.A.P., his timely notice of appeal of the district court's August 16, 2018 conviction and sentence to the U.S. Court of Appeals for the Fourth Circuit.

DATED this 20th day of August, 2018.

/s/ Taron D. Walker
Appellant/Defendant - Pro Se

AFFIDAVIT / DECLARATION

I, Taron D. Walker swear that on August 20, 2018, this notice was delivered to prison authorities in a first-class postage paid envelope for forwarding to the Clerk of the U.S. District Court.

/s/ Taron D. Walker
Appellant / Defendant - Pro Se

CERTIFICATE OF SERVICE

Foregoing copies served via U.S. mail and electronically via the Clerk's CM/ECF system this 20th day of August, 2018, to:

Kevin M. Comstock
U.S. Attorney's Office
email: kevin.comstock@usdoj.gov

Lawrence H. Woodward
Defense Counsel

/s/ Taron D. Walker
Appellant / Defendant - Pro Se

(2)